IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 07-CR-30050-WDS |
| ) | |
| JOE LUJAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on Motion of the United States of America to revoke Defendant's bond and remand him to the custody of the United States Marshal pending the outcome of this case. **(Doc. 27)**.

IT IS HEREBY ORDERED, that a warrant for arrest of JOE LUJAN be issued and that he be brought before the Court for proceedings to revoke bond pursuant to Title 18, United States Code, Section 3148.

SO ORDERED.

DATE: May 22, 2007.

CLIFFORD J. PROUD
United States Magistrate Judge